## SCALES et al. v. STATE.
### No. 19741.

Court of Criminal Appeals of Texas.
April 13, 1938.

A. H. Spann, of Navasota, and W. M. Stamford, of Anderson, for appellants.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for a violation of the liquor laws of this state, and the punishment assessed is a fine of $100.

The record is before us without a statement of facts or bills of exception. All matters of procedure appearing regular, the judgment will be affirmed.

## GEORGE v. STATE.
### No. 19713.

Court of Criminal Appeals of Texas.
April 13, 1938.

J. W. McCullough, of McKinney, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

Conviction for a misdemeanor; punishment being assessed at a fine of $100.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.